**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2052**

THANH TAN NGUYEN,

                    Plaintiff - Appellant,

          v.

PATRICK R. DONAHOE, Postmaster General, USPS,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (8:13-cv-00800-AW)

Submitted: December 17, 2013          Decided: December 19, 2013

Before KING, GREGORY, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Thanh Tan Nguyen, Appellant Pro Se. Allen F. Loucks, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thanh Tan Nguyen appeals the district court's order dismissing his employment discrimination action for lack of jurisdiction under Fed. R. Civ. P. 12(b)(1). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Nguyen v. Donahoe, No. 8:13-cv-00800-AW (D. Md. July 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED